IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Clenna, Juanita | Case Number: 04 B 17356 |
| | Judge: Hollis, Pamela S |
| Printed: 2/5/08 | Filed: 5/3/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: January 10, 2008
Confirmed: July 12, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 41,471.24 | |
| Secured: | | 19,295.09 |
| Unsecured: | | 18,209.07 |
| Priority: | | 0.00 |
| Administrative: | | 1,400.00 |
| Trustee Fee: | | 2,130.94 |
| Other Funds: | | 436.14 |
| Totals: | 41,471.24 | 41,471.24 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,400.00 | 1,400.00 |
| 2. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 3. | Beneficial | Secured | 0.00 | 0.00 |
| 4. | Beneficial | Secured | 0.00 | 0.00 |
| 5. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 6. | Beneficial | Secured | 19,295.09 | 19,295.09 |
| 7. | Aurora Loan Service | Unsecured | 350.00 | 209.88 |
| 8. | Resurgent Capital Services | Unsecured | 1,169.10 | 1,169.10 |
| 9. | Peoples Energy Corp | Unsecured | 795.68 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,167.95 | 1,167.95 |
| 11. | Sherman Acquisition | Unsecured | 8,010.27 | 8,010.27 |
| 12. | ECast Settlement Corp | Unsecured | 784.83 | 784.83 |
| 13. | Capital One | Unsecured | 1,104.91 | 1,104.91 |
| 14. | Capital One | Unsecured | 1,057.28 | 0.00 |
| 15. | Capital One | Unsecured | 1,272.11 | 1,272.11 |
| 16. | Capital One | Unsecured | 698.87 | 698.87 |
| 17. | Capital One | Unsecured | 1,564.32 | 1,564.32 |
| 18. | ECast Settlement Corp | Unsecured | 2,226.83 | 2,226.83 |
| 19. | CitiFinancial | Unsecured | | No Claim Filed |
| 20. | Home Depot | Unsecured | | No Claim Filed |
| 21. | GS Services | Unsecured | | No Claim Filed |
| 22. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 40,897.24 | $ 38,904.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Clenna, Juanita                     Case Number:  04 B 17356
                                            Judge:  Hollis, Pamela S
     Printed:  2/5/08                       Filed:  5/3/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 93.52 |
| 6.5% | 305.98 |
| 3% | 54.00 |
| 5.5% | 296.97 |
| 5% | 90.00 |
| 4.8% | 172.83 |
| 5.4% | 1,117.64 |
|  | _____ |
|  | $ 2,130.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

